UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

RALPH N. DAVIS,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

NO. CV-09-191-CI

**JUDGMENT IN A CIVIL CASE**

### DECISION BY THE COURT:

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED that:

Plaintiff's Motion for Summary Judgment is **DENIED**; Defendant's Motion for Summary Judgment dismissal is **GRANTED**. Judgment is entered for Defendant.

DATED: August 4, 2010

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk