UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

RALPH N. DAVIS,             )
                            )
        Plaintiff,          )
                            )  NO. CV-09-191-CI
    v.                      )
                            )
MICHAEL J. ASTRUE,          )  **JUDGMENT**
Commissioner of Social Security, )
                            )
        Defendant.          )
_____)

**DECISION BY THE COURT:**

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this matter be remanded to the Commissioner of Social Security for additional proceedings.  On remand, the Administrative Law Judge shall conduct a de novo review of Plaintiff's case.  Specifically, the ALJ shall obtain new medical expert testimony, re-determine Plaintiff's residual functional capacity, and obtain new vocational expert testimony, including an opinion as to whether Mr. Davis could work based on mental limitations assessed by Dr. Cool.

Dated:  November 16, 2011

                                JAMES R. LARSEN
                                District Court Executive/Clerk

                                s/ L. Stejskal
                                Deputy Clerk